# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

FLEXSTEEL PIPELINE
TECHNOLOGIES, INC.,

    Plaintiff,

v.                                CASE NO. 5:16cv230-MCR/GRJ

BIN CHEN, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated May 17, 2018. ECF No. 83. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Accordingly, it is ORDERED:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 83, is adopted and incorporated by reference in this Order.

2. Defendant Bin Chen's Motion to Exclude the Testimony of Expert Witness Julie Ingram, ECF No. 56, is DENIED.

**DONE and ORDERED** this 16th day of July 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**