IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FLEXSTEEL PIPELINE
TECHNOLOGIES, INC.,

    Plaintiff,
v.                                                   CASE NO. 5:16-cv-239-TKW-GRJ

BIN CHEN and CHANGCHUN
GAOXIANG SPECIAL PIPE CO., LTD.
a/k/a GOLSUN PIPES,

    Defendants.
_____/

## **O R D E R**

This case is before the Court on ECF No. 108, Flexsteel's Motion to Compel Jurisdictional Discovery. Defendant Golsun has filed a respone in opposition. ECF No. 111. Upon a review of the filings, the Court concludes that a telephonic hearing is the most expeditious method to resolve the issues addressed in the motion.

Accordingly, a **telephonic** hearing is set before Magistrate Judge Gary R. Jones on Monday**, August 5, 2019, at 2:30 PM (Eastern Daylight Savings Time)**. The parties shall dial into the conference call by calling AT&T Conference Line at **888-684-8852** and entering access code **4251733#**. When prompted for a security code, enter **3696#**. The parties

may dial into the conference call up to five minutes before the scheduled start time.

**DONE AND ORDERED** this 31st day of July 2019.

                 *s/Gary R. Jones*
                 GARY R. JONES
                 United States Magistrate Judge